UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-368-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM DAVID DEVANE | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 59 in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 11th day of June, 2013.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE LOUISE W. FLANAGAN
　　　　　　　　　　　　　　　　　United States District Judge