UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-368-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM DAVID DEVANE | ORDER TO SEAL |

On motion of the Defendant, William David Devane, and for good cause shown, it is hereby ORDERED that DE 72 be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This  2nd  day of January, 2014.

*(signature)*
LOUISE W. FLANAGAN
United States District Judge